**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian K. HATTEN, Defendant–**
**Appellant.**

**No. 14–11531**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 18, 2014.

Michelle Thresher Taylor, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Emmett Jackson Boggs, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Adeel Bashir, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Robert Godfrey, Larry B. Henderson, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Brian Hatten, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hatten's conviction and sentence are **AFFIRMED.**